# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1394**

**CAF 13-00780**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND VALENTINO, JJ.

IN THE MATTER OF KENNETH R. TIDD,
PETITIONER-RESPONDENT,

V                                                      ORDER

MICHELLE L. HACKETT, RESPONDENT-APPELLANT.

EMILY A. VELLA, SPRINGVILLE, FOR RESPONDENT-APPELLANT.

ADAM W. KOCH, WARSAW, FOR PETITIONER-RESPONDENT.

JAMES ANDREW MUSACCHIO, ATTORNEY FOR THE CHILD, GOWANDA.

---------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Cattaraugus County (Judith E. Samber, R.), entered December 3, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, designated petitioner as the primary residential parent of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  December 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court